GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
3895 Warren Way
Reno, NV 89509
TEL: 775-829-1222
FAX: 775-829-1226
mgunderson@gundersonlaw.com

FOGNANI & FAUGHT PLLC
John D. Fognani, Esq.., *pro hac vice*
1700 Lincoln Street, Suite 2222
Denver, CO 80203
TEL: 303-382-6200
FAX: 303-382-6210
jfognani@fognanilaw.com
*Attorneys for Plaintiffs-Counterdefendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID K. FAGIN, ROGER NEWELL, and RICHARD A. STARK, each an individual, on behalf of themselves and derivatively on behalf of Nominal Defendant WESTERN TITLE EXPLORATION AND DEVELOPMENT LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOBY GEORGE, LCC a Nevada limited liability company, WOOD GULCH, LLC, A Nevada limited liability company, THEODORE J. DAY, HOWARD M. DAY, CARMEN F. FIMIANI, and BERNARD F. CARTER, each an individual;<br><br>    Defendants, and<br><br>WESTERN EXPLORATION AND DEVELOPMENT LIMITED, a Canadian Corporation,<br><br>    Nominal Defendant | Case No. 3:08-CV-0314<br><br>**COUNTERDEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO LATE FILE MOTION FOR SUMMARY JUDGMENT**<br><br>ORDER GRANTING |

Plaintiffs-Counterdefendants, David K. Fagin, Richard A. Stark and Roger Newell ("Counterdefendants"), by and through their undersigned counsel, file this Unopposed Motion for Leave to Late File Motion For Summary Judgment ("Motion").  In support thereof, Counterdefendants state as follows:

1.Counterdefendants undersigned counsel in good faith has conferred with counsel for Counterclaimants, and Counterclaimants' counsel has no objection to the requested leave to late file this Motion.

2.On November 23, 2010, the Court issued an Order providing that Plaintiffs shall have 21 days to file any motions on Defendants' counterclaims.

3.Pursuant to the November 23, 2010 Court Order, Counterdefendants' Motion for Summary Judgment was required to be filed on December 17, 2010.

4.Counterdefendants inadvertently missed this filing deadline due to the departure of the attorney at Fognani & Faught, PLLC assigned to the case who was thought to have filed the Motion for Summary Judgment.

5.Counterclaimants will not be prejudiced by this late Motion because this Motion is being filed only two business days past the Court ordered deadline.

6.The requested leave to late file this Motion is in the interests of justice and is not sought for purposes of undue delay.

WHEREFORE, for all of the foregoing reasons, Counterdefendants respectfully request the Court to grant them leave to late file this Motion.

RESPECTFULLY SUBMITTED this 21st day of December 2010.

___/s/_____
John D. Fognani, Esq.
Nancy A. Kostro
Kendall R. McLaughlin
FOGNANI & FAUGHT, PLLC
1700 Lincoln Street, Suite 2222
Denver, Colorado 80203
Tel: (303) 382-6200
Fax: (303) 382-6210
E-Mail: jfognani@fognanilaw.com

and

Mark H. Gunderson, Esq.
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
Tel:  (775) 829-1222
Fax:  (775) 829-1226
mgunderson@gundersonlaw.com

*Attorneys for Plaintiffs-Counterdefendants*

IT IS SO ORDERED.
This 4th day of January, 2011.

*/s/ Edward C. Reed*
UNITED STATES DISTRICT JUDGE