AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DAVID K. FAGIN, et al.,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER:  **3:08-CV-00314-ECR-RAM**

DOBY GEORGE, LLC, a Nevada
limited liability company, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion for summary judgment [63] is GRANTED. Judgment is entered in favor of Defendants on all claims against Defendants in accordance with our previous Order [49], and in favor of Plaintiffs on Defendants' counterclaims in accordance with the foregoing Order.

 August 4 , 2011                             **LANCE S. WILSON**
    Date                                              Clerk

                                                  /s/   M. Campbell
                                                    Deputy Clerk